# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **JAMES EDWARD BEAN II #45922-074** | **CASE NO. 2:20-CV-01261 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **FEDERAL BUREAU OF PRISONS** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 8] of the Magistrate Judge, recommending that this matter be denied and dismissed with prejudice. The court has conducted an independent review of the record, notes the lack of objections, and finds that the report and recommendation is correct under applicable law. Accordingly, **IT IS ORDERED** that the Report and Recommendation [doc. 8] be **ADOPTED** and that the petition for writ of habeas corpus be **DENIED AND DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing Section 2254 Proceedings in the District Courts.

**THUS DONE AND SIGNED** in Chambers on this 30th day of June, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**